THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-5099-JCC |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING UNOPPOSED DEFENSE MOTION FOR COMPETENCY EVALUATION AND HEARING |
| BRIAN W. SHEDWIN, | ) | |
| Defendant. | ) | |

Based on the information presented in the Motion of Elizabeth Sher, attorney for the defendant, Brian W. Shedwin, for a Competency Evaluation pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. 4247 (b) and (c), the records and files in this case and the facts set forth in the memorandum and affidavit of defense counsel in support of the motion, the Court finds that there is reasonable cause to believe that defendant Brian Shedwin may presently suffer from a mental disease or defect that renders him unable to assist properly in his defense and to understand the nature and consequences of the proceeding against him. Accordingly, the Motion for a Competency Evaluation pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. 4247 (b) and (c) is hereby GRANTED.

IT IS HEREBY ORDERED that defendant Brian Shedwin undergo an evaluation to be conducted within 30 days at the Federal Detention Center at SeaTac, Washington, to determine his mental competency.

ORDER GRANTING DEFENSE MOTION FOR
COMPETENCY EVALUATION
(*United States v. Shedwin*, CR23-5099-JCC) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

IT IS FURTHER ORDERED that the competency evaluation shall be videotaped.

IT IS FURTHER ORDERED that the results of the competency evaluation shall be promptly sent to the Court.

DONE this 20th day of April 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Elizabeth Sher
Assistant Federal Public Defender
Attorney for Brian Shedwin

ORDER GRANTING DEFENSE MOTION FOR
COMPETENCY EVALUATION
(*United States v. Shedwin*, CR23-5099-JCC) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710