Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRIAN W. SHEDWIN,<br><br>Defendant. | NO. 3:23-05099-JLR<br><br>ORDER FOR COMMITMENT AND HOSPITALIZATION PURSUANT TO 18 U.S.C § 4241(d) |

On June 12, 2023, this Court held a competency hearing pursuant to 18 U.S.C § 4241(c) and § 4247(d). Having considered the evidence presented, and the other records of this case, the Court finds by a preponderance of the evidence the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and unable to assist properly in his defense. 18 U.S.C. § 4241(d).

IT IS HEREBY ORDERED:

(1) That Mr. Shedwin be committed to the custody of the Attorney General, who must hospitalize Mr. Shedwin for treatment in a suitable facility within four months, for a period not to exceed four (4) months, to restore his competency pursuant to 18 U.S.C. § 4241(d);

Order for Commitment and Hospitalization - 1
*United States v. Shedwin CR 3:23-05099-JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(2) That Mr. Shedwin, to the extent possible, be examined periodically, including at the end of the four-month period, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

(3) That a report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in Title 18 U.S.C. § 4247(C);

(4) That Mr. Shedwin is immediately remanded to the custody of the United States Marshal pending transfer to the Attorney General consistent with this order, and

IT IS FURTHER ORDERED that the period between this order and when the Court finally determines defendant's competency to stand trial shall be excluded from the period within which trial must commence under 18 U.S.C. § 3161(h)(1)(A).

The Clerk of the Court is directed to provide copies of this Order to all counsel.

DATED this 12th day of June, 2023.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ Jocelyn Cooney*
Jocelyn Cooney
Assistant United States Attorney

Order for Commitment and Hospitalization - 2
*United States v. Shedwin CR 3:23-05099-JLR*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970