The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN SHEDWIN,<br><br>　　　　Defendant. | NO. CR23-5099 JLR<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATED MOTION TO STAY *SELL* PROCEEDINGS |

THIS COURT having considered the Parties' Stipulated Motion to Stay *Sell* Proceedings, the facts set forth therein, as well as the record in this matter, hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the proceedings underway in this matter pursuant to *Sell v. United States*, 539 U.S. 166 (2003), including closing briefs as ordered by the Court, are stayed until July 5, 2024.

//
//
//
//
//

Order Staying Proceedings - 1
*United States v. Shedwin, CR23-5099 JLR*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

1    IT IS FURTHER ORDERED that by that date, the Parties will update the Court
2 regarding the determination reached under *Washington v. Harper,* 494 U.S. 210 (1990) as
3 to the involuntary administration of antipsychotics to the defendant, along with a
4 proposed renewed briefing schedule under *Sell*, if appropriate at that time.

6    Dated this 18th day of June, 2024.

JAMES L. ROBART
United States District Judge

Order Staying Proceedings - 2
*United States v. Shedwin, CR23-5099 JLR*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800