UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BRIAN W. SHEDWIN,<br><br>                Defendant. | CASE NO. CR23-5099JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 14, 2024, the court granted Plaintiff the United States of America's motion to continue Defendant Brian W. Shedwin's commitment and hospitalization for an additional reasonable period of 90 days, pursuant to 18 U.S.C. § 4241(d)(2).  (8/14/24 Order (Dkt. # 62).)  The court clarifies its August 14, 2024 order as follows:  the additional reasonable 90-day period of commitment and hospitalization began to run on July 10, 2024, the date of the first administration of medication.

//

MINUTE ORDER - 1

1  Filed and entered this 15th day of August, 2024.

2

                                    RAVI SUBRAMANIAN
3                                   Clerk of Court

4                                   s/ Ashleigh Drecktrah
                                    Deputy Clerk

MINUTE ORDER - 2